HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID OLIVARAS-RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID OLIVARAS-RUIZ, <br><br> Defendant. | No. 1:11-cr-00413-AWI <br><br> **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** <br><br> RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE <br><br> Judge: Honorable ANTHONY W. ISHII |

Defendant, DAVID OLIVARAS-RUIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 5, 2012, this Court sentenced Mr. Olivaras-Ruiz to a term of 70 months imprisonment;

3. His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Olivaras-Ruiz was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Olivaras-Ruiz's total offense level has been reduced from 29 to 27, his amended guideline range is 70 to 87 months, and a reduction comparable to the one received at the initial sentencing would produce a term of 56 months

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Olivaras-Ruiz's term of imprisonment to a total term of 56 months.

Respectfully submitted,

Dated:  November 21, 2014                         Dated:   November 21, 2014

BENJAMIN B. WAGNER                               HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/*Kathleen A. Servatius*                              /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                        DAVID M. PORTER
Assistant U.S. Attorney                                   Assistant Federal Defender

Attorney for Plaintiff                                       Attorney for Defendant
UNITED STATES OF AMERICA                  DAVID OLIVARAS-RUIZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Olivaras-Ruiz is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is reduced to a term of 56 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Olivaras-Ruiz shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   November 21, 2014                               _____
                                                        SENIOR  DISTRICT  JUDGE