UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: David Olivaras-Ruiz**<br>**Docket Number: 0972 1:11CR00413-003**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:


David Olivaras-Ruiz is requesting permission to travel to Jalisco, Mexico. On November 30, 2015, David Olivaras-Ruiz commenced supervision and is currently being supervised in the Central District of California. Mr. Olivares-Ruiz has been performing well on supervision, has been compliant with all supervision obligations and has been cooperative with the supervising probation officer. Therefore, the probation officer is recommending approval be granted.

**Conviction and Sentencing Date:** On November 5, 2012, Mr. Olivaras-Ruiz was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance. (Class A Felony)

**Sentence Imposed:** 70 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special assessment (Paid.) On December 3, 2014, an Order for a Sentence Reduction was granted reducing the custody term from 70 to 56 months.

**Dates and Mode of Travel:** December 17, 2016, to January 5, 2017. Travel arrangements to be made upon Court approval.

**Purpose:** To visit his parents over the holidays who he has not seen in 6 years.

**RE:     David  Olivaras-Ruiz**
        **Docket Number:  0972 1:11CR00413-003**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


                            Respectfully submitted,

                            /s/ Tim D. Mechem

                            TIM D. MECHEM
                    Supervising United States Probation Officer


Dated:    December 1, 2016
          Fresno, California
          TDM/rmv

                        /s/ Brian J. Bedrosian
**REVIEWED BY:**     **BRIAN J. BEDROSIAN**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

IT IS SO ORDERED.

Dated:   December 2, 2016                    _____
                                             SENIOR  DISTRICT  JUDGE